**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roy Dean GRACE, Defendant–
Appellant.**

No. 01–16040.

D.C. Nos. CR–96–00075–PMP
CV–00–01202–PMP.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable
for decision without oral argument and denies
Center's request for oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication
and may not be cited to or by the
courts of this circuit except as may be provided
by Ninth Circuit Rule 36–3.

Submitted July 22, 2002 *.

Decided July 29, 2002.

Before BROWNING, KOZINSKI and BERZON, Circuit Judges.

MEMORANDUM **

Roy Dean Grace appeals pro se the district court's denial of his 28 U.S.C. § 2255 motion challenging his jury trial conviction and resulting life sentences for possession and distribution of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 851. We have jurisdiction pursuant to 28 U.S.C. § 2253, we review de novo, see *United States v. Sanchez–Cervantes*, 282 F.3d 664, 666 (9th Cir.2002), and we affirm.

Grace contends that his sentence violates the rule announced in *Apprendi v. New Jersey*, 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *Apprendi* should be applied retroactively on initial collateral review.[1] Our decision in *Sanchez–Cervantes*, 282 F.3d at 673,

precludes our consideration of this challenge on initial collateral review.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Grace's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. To the extent that Grace contends that 21 U.S.C. § 841 is unconstitutional under *Ap-*

*prendi*, his argument is foreclosed by *United States v. Buckland*, 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied*, —— U.S. ——, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002).

